**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFERSON MONTANO CARVAJAL,** Petitioner, | **CIVIL ACTION** |
| v. | |
| **J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,** Respondents. | **NO.  26-3027** |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) filed by petitioner, Jefferson Montano Carvajal, the Court noting that said Petition was granted by Memorandum and Order dated May 27, 2026, and the Government having certified its compliance on May 28, 2026, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**